# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JACK ELLIOT,

*Plaintiff*

v.

TAKHAR COLLECTION SERVICES, LTD., AND DOE 1,

*Defendant*

)
)
)
)
)
)

Civil Action No.  CV-12-138-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff Jack Elliot's Motion for Entry of Default Judgment and Attorney's Fees is granted.  Judgment is entered in favor of Plaintiff Jack Elliot in the amount of $1,000.00 in damages, $1,335.00 in attorney fees, and $360.90 in costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  July 26, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb

*(By) Deputy Clerk*

Penny Lamb